# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO P. PINA,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01681-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO FILE SECOND AMENDED COMPLAINT<br><br>[ECF No. 22] |

Plaintiff Pablo P. Pina is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 29, 2018, the undersigned found that Plaintiff's first amended complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure and Plaintiff was granted thirty days to file a second amended complaint. (ECF No. 21.) The Court instructed Plaintiff that the second amended complaint should not exceed fifteen (15) pages in length. (Id.)

On October 4, 2018, Plaintiff filed a second amended complaint which is twenty-two (22) pages long, along with a separate request to accept the complaint in excess of the fifteen-page limit. (ECF Nos. 22, 23.)

///
///
///

1

Although Plaintiff's complaint is a total of twenty-two pages, several of the pages are blank and the substance of his complaint is limited to fifteen pages. Therefore, the Court finds that Plaintiff's second amended complaint to be in compliance with the Court's August 29, 2018. Plaintiff is advised that the Court will screened in due course.

IT IS SO ORDERED.

Dated:   **October 5, 2018**

UNITED STATES MAGISTRATE JUDGE