UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO P. PINA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 1:17-cv-01681-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 14, 19) |

Plaintiff Pablo P. Pina is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 3, 2018, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for an order directing prison officials to provide him access to his legal materials be denied. (Doc. No. 19.) The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within twenty-one (21) days. Plaintiff did not file objections and the time for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 3, 2018 (Doc. No. 19) are adopted in full; and
2. Plaintiff's motion for a court order directing prison officials to produce his legal materials (Doc. No. 14) is denied.

IT IS SO ORDERED.

Dated: **October 5, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE