# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO P. PINA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01681-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO COMPLAINT WITHIN TWENTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER |

Plaintiff Pablo P. Pina is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 23, 2019, the Court denied Defendants' motion for Plaintiff to post security as a vexatious litigant. (ECF No. 39.) Accordingly, within **twenty (20)** days from the date of service of this order, Defendants shall file a further response to the second amended complaint.

IT IS SO ORDERED.

Dated: **October 25, 2019**

UNITED STATES MAGISTRATE JUDGE

1