# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO P. PINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01681-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR MODIFY THE COURT'S MAY 21, 2020 ORDER<br><br>[ECF No. 53] |

On May 20, 2020, the parties submitted a stipulation to voluntarily dismiss this action, with prejudice. (ECF No. 51.) The stipulation stated that all parties had resolved the case in its entirety. (Id.) The stipulation did not refer to any settlement agreement between the parties. (Id.)

On June 8, 2020, Plaintiff filed a motion to modify the Court's May 20, 2020 to reflect that the parties agreed to settle the case for a monetary sum and to place such terms on the record. (ECF No. 53.) Because the parties reached a private settlement agreement amongst themselves, the Court finds no basis to place such terms on the record. Accordingly, Plaintiff's motion to modify the Court's May 21, 2020 order is denied.

IT IS SO ORDERED.

Dated:   **June 18, 2020**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE